
Receipt
11092553
$5.75

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

October 12, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    PAFK, MEREDITH A.    /Case # 08-10506
          Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5.75. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  New York State Electric & Gas Corporation  Amount $ 2.80  Claim Register # 6

Claimant  Verizon-Bankruptcy Dept.  Amount $ 2.95  Claim Register # 16

                                JOHN H. RING, III
                                Trustee

JHR/pls
Enc.


FILED
OCT 1 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.